**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/30/2026

**To:** Ms. Afiya Baird
536 E 96th St Apartment 7D
BROOKLYN, NY 11212
Charge No: 520-2025-06791

**CV 26- 1891**

**J. Reyes**

EEOC Representative and email:    MICHAEL WOO
INVESTIGATOR
MICHAEL.WOO@EEOC.GOV

**MERKL, M.J.**

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-06791.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
01/30/2026

Arlean Nieto
Acting District Director

**Cc:**
NA NA
Voyager Global Mobility
445 Empire Blvd
BROOKLYN, NY 11213

Please retain this Notice for your records.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office

33 Whitehall Street, 5th Floor
New York, NY  10004-2112
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
New York Direct Dial:  (929) 506-5270
FAX (212) 336-3625
Website:  www.eeoc.gov

**BY ELECTRONIC MAIL**
Afiya Baird
536 E 96 Street, Apt 7D
Brooklyn, NY 11212
*Email:* Afiyabaird@gmail.com

    Afiya Baird v. Voyager Global Mobility
    EEOC # 520-2025-06791

Dear Afiya Baird:

This is with reference to your correspondence and subsequent communication with this office in which you alleged discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended by the above-named Respondent.

As discussed via phone conversation with you on January 30, 2026, a review of all available information provided failed to indicate that a violation of the statute(s) has occurred; however, this does not certify that Respondent is in compliance with the statutes. While we fully understand that the parties to a charge often have very firm views that the evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. For this reason, we will issue you a Dismissal and Notice of Rights, which will enable you to file suit in U.S. District Court within 90 days of your receipt of that Notice if you wish to pursue this matter further.

We regret that we could not be of further service to you in this matter.

       Sincerely,

*Michael Woo*

———————————————  _1/30/2026_____
Investigator        Date


cc. Charging Party.

EEOC No. 520-2025-06791 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 520-2025-06791 |
| New York State Division Of Human Rights | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Ms. Afiya Baird

Phone No.:  (347) 792-9430

Year of Birth:  1988

Mailing Address: 536 E 96th St Apartment 7D

BROOKLYN, NY 11212

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Voyager Global Mobility

No. Employees, Members: 15 - 100 Employees

Phone No.:

Mailing Address: 445 Empire Blvd

BROOKLYN, NY 11213, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Color, Race, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 03/03/2025

Latest: 05/14/2025

THE PARTICULARS ARE:

I work as an First Notice of Lost at Voyager Global Mobility with no complaints or issues from November 2023, till May 14, 2025. I had good attendance and fulfilled all my duties satisfactorily.

In March 2025, the work environment became extremely hectic, with most of the challenges beginning during that period. My supervisor, Patrice Robinson Johnson (F/B), provided no clear direction regarding work responsibilities. Despite this lack of guidance and training, I was unfairly written up multiple times. The first documented write-up occurred on March 28, 2025, and was submitted to Human Resources (HR). I believe these actions were retaliatory, as I had raised concerns about bullying and an excessive workload. When I expressed that the workload was overwhelming, my supervisor dismissed my concerns, stating that "everyone is grown and should know how to do the work," despite my lack of training.

Prior to these events, in October 2024, I filed a sexual harassment complaint against a coworker. The harassment occurred at 389 Empire Blvd, where the individual made inappropriate comments about my body both outside and inside the office. HR's response was inadequate; instead of terminating the employee, they relocated him to 445 Empire Blvd and moved me to 389 Empire Blvd, which did not resolve my discomfort. I repeatedly informed HR that I was not comfortable with this arrangement, but no corrective action was taken.

Due to the hostile work environment and ongoing stress, I applied for FMLA leave in March 2025, which was approved. During this time, I wrote multiple letters to HRstarting with one in March and another on April 2, detailing these issues of bullying

EEOC No. 520-2025-06791 | FEPA No.

and excessive workload from my supervisor. Unfortunately, HR failed to respond promptly. My supervisor later confronted me publicly via Slack and in meetings about reporting her to HR, which was humiliating and unprofessional. In one meeting, she aggressively stood over a table, intimidating me in front of others. Despite my repeated requests to avoid contact with her, I was still required to attend meetings where she was present.

The stress from these incidents severely impacted my health. On one occasion, during a meeting, my blood pressure spiked to 170, forcing me to leave and seek urgent care. I was placed on bed rest and later diagnosed with hypertension, requiring ongoing medication. I also began therapy in March 2025 to cope with the emotional toll of these events.

Despite my efforts to resolve these issues, HR remained largely unresponsive. When HR finally scheduled a meeting in May 2025 to review the write-ups, they dismissed all of them as invalid. However, the day after this meeting, I was laid off. Additionally, I discovered that my final write-up contained forged information, listing Nicole, a team lead, as a supervisor.

These experiences left me physically and mentally exhausted, and despite months of attempts to seek resolution, I was ultimately terminated without fair consideration of the circumstances.

Based on the above, I believe I have been discriminated in violation of Title VII of the Civil Rights Act of 1964 (as amended).

EEOC No. 520-2025-06791 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____



## Company Overview:

Voyager Global Mobility and its subsidiaries play a central role in urban transportation in some of the most dynamic cities throughout the Americas. We power more than 10,000 drivers with professionally managed vehicles and resources so they can succeed as entrepreneurs in the ride-sharing economy. Our fleet-as-a-service model—a scalable infrastructure of well-maintained vehicles, driver resources, data and metrics—can be deployed to empower the Uber platform and other noted rideshare services to deliver world-class service anywhere.

## Job Description

The FNOL Administrator will efficiently process claims, provide excellent customer service, and ensure accurate documentation and communication throughout the claims process.

## Essential Job Functions:

- Efficiently handle data entry tasks, ensuring all daily documentation is completed promptly and accurately, while maintaining the up-to-date status of claims.
- Serve as a point of contact for clients and providers, providing clear and concise communication regarding claims processes and procedures via phone and email.
- Welcome and assist walk-in clients, offering professional and courteous service on a daily basis.
- Review, research, analyze, and process claims with meticulous attention to detail, ensuring accuracy and compliance.
- Collaborate with internal teams to resolve complex or escalated claims issues, ensuring timely resolution and customer satisfaction.
- Maintain accurate and organized claim files, adhering to company policies and regulatory guidelines to ensure compliance and audit readiness.
- Must be able to work onsite, this is not a remote role.
- Must be able to work with or without reasonable accommodations.
- Perform other duties as assigned

## Qualifications Needed:

- Some college education or relevant work experience in the field
- Excellent written and verbal communication skills, allowing you to effectively communicate with clients, providers, and colleagues.



- Computer literate with a strong aptitude for learning company software and tools, ensuring efficient and accurate data entry.
- Exceptional multitasking abilities to handle various tasks simultaneously without compromising attention to detail.
- Demonstrated commitment to consistent attendance, ensuring a reliable and dependable presence in the workplace.
- Strong organizational skills to effectively manage and prioritize tasks in a fast-paced environment.

*The Company reserves the right to modify essential job functions, qualifications and overall job duties at any time in order to support the needs of the business. Any changes will be communicated to the appropriate parties.*